*MHN*

**FILED**

AUG 2 5 2009 *aw*
8-25-2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Theodore Luczak                    ]

      Plaintiff,            ]

    .vs.                          ]    Case No: 09 C 2338

Richard A. Devine, ect.           ]    Honorable
                                  ]    BUCKLO & Magistrate Judge Brown
      Defendant's,           ]    Judge Presiding


MOTION FOR A JUDGEMENT ON THE PLEADINGS


    Now comes plaintiff, Theodore Luczak, pro-se; and respectfully moves this
Honorable Court, pursuant to the local District Court Rules that authorize the
court to issue a ruling on the plaintiff's Motion To Reconsider The Strike Of
Luczak v. Wintersteen, that was filed in this court on May 11, 2009. As of the
draftig of this motion; the plaintiff has not received any responce form this
court in relation to this matter.


                   /s/ *Theodore Luczak*
                   Theodore Luczak

August 19, 2009.